UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)
Second Amended Plan

DEBTOR: Jose A. Rodriguez    JOINT DEBTOR: Gladys Rodriguez    CASE NO.: 15-22980-JKO
Last Four Digits of SS# 8436    Last Four Digits of SS# 2948

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 196.71 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650    TOTAL PAID $ 1850    Balance Due $ 1800
payable $ 35.85/month (Months 1 to 50) and payable $ 7.50/month (Months 51 to 51)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Urban Financial of America, LLC
Address: c/o Gladstone Law Group, PA
1499 West Palmetto Park Rd #300
Boca Raton, FL 33486
Account No: CACE 15-006662-11

Arrearage on Petition Date $ 8,578.49

Arrears Payment    $ 142.98/month (Months 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 28.35 /month (Months 51 to 51) and Pay $ 35.85/month (Months 52 to 60.)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor RMS and Westlake Financial Svcs and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Jose A. Rodriguez_ (signature)    _Gladys Rodriguez_ (signature)
Debtor    Joint Debtor
Date: 10/2/15    Date: 10/2/15

LF-31 (rev. 01/08/10)