UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:  CASE NO.: 15 -22980-JKO
CHAPTER 13

Jose Angel Rodriguez,

   Debtor,

Gladys Rodriguez,

   Joint Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of URBAN FINANCIAL OF AMERICA, LLC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Iris Kwon
Iris Kwon, Esquire
Email: Ikwon@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012


JOSE ANGEL RODRIGUEZ
AKA JOSE RODRIGUEZ
AKA JOSE A RODRIGUEZ
AKA JOSE A RODRIQUEZ
1481 SW 7TH TERRACE
DEERFIELD BEACH, FL  33441-6446


GLADYS RODRIGUEZ
AKA GLADYS GARCIA RODRIGUEZ
AKA GLADYS G RODRIGUEZ
AKA GLADYS RODRIQUEZ
AKA GLADYS GARCIA
AKA GLADIS GARCIA
1481 SW 7TH TERRACE
DEERFIELD BEACH, FL  33441-6446


ROBIN R WEINER
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL  33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: <u>/s/Iris Kwon</u>
    Iris Kwon, Esquire
    Email: Ikwon@rasflaw.com